IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**ALFREDO ALVAREZ, Individually and on Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

vs.                                      No. 1:21-cv-143

**COLT BUILDERS CORP.**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a salaried Site Supervisor for Colt Builders Corp. within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Alfredo Alvarez jr*
_____
**ALFREDO ALVAREZ**
February 10, 2021


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**