IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALFREDO ALVAREZ, | : : : : : : : : : : : : : |
| Plaintiff, | |
| v. | |
| COLT BUILDERS CORP., | |
| Defendant. | |

Case No. 1:21-cv-143-RP

**<u>NOTICE OF SETTLEMENT</u>**

The Parties, by and through their respective counsel, hereby notify the Court that they have reached a settlement of the claims in this action. The Parties will file a joint notice seeking dismissal of all claims asserted in this action with prejudice as to the refiling of same within 45 days of this Notice.

Respectfully submitted,

**PLAINTIFF ALFREDO ALVAREZ**

/s/ Merideth Q. McEntire
Tex. Bar No. 24105123
Josh Sanford
Tex. Bar No. 24077858
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
merideth@sanforlawfirm.com
josh@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

and     **DEFENDANT COLT BUILDERS CORP.**

/s/ Ethan J. Davis
Talley R. Parker
State Bar No. 24065872
Ethan J. Davis
State Bar No. 24107748
JACKSON LEWIS P.C.
500Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400 – Telephone
(214) 520-2008 – Facsimile
talley.parker@jacksonlewis.com – Email
ethan.davis@jacksonlewis.com – Email

Eric R. Magnus (*Admitted Pro Hac Vice*)
Georgia Bar No.: 801405
JACKSON LEWIS P.C.
1155 Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
magnuse@jacksonlewis.com – Email

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically served the foregoing via electronic mail to the following counsel of record:

>Josh Sanford
>Meredith Q. McEntire
>SANFORD LAW FIRM, PLLC
>Kirkpatrick Plaza
>10800 Financial Centre Parkway
>Suite 510
>Little Rock, AR 72211
>Telephone: (501) 221-0088
>Facsimile: (888) 787-2040
>
>ATTORNEYS FOR PLAINTIFF
>
>/s/ *Ethan J. Davis*
>Ethan J. Davis